UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AHMAD WALEY KHAN,

    Defendant.

Case No. 2:25-mj-00172-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release AHMAD WALEY KHAN, Case No. 2:25-mj-00172-JDP, Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

  X   Bail Posted in the Sum of $ 50,000.00.

      X    Unsecured Appearance Bond $ 50,000.00.

      \_\_\_\_\_ Appearance Bond with 10% Deposit

      \_\_\_\_\_ Appearance Bond with Surety

      \_\_\_\_\_ Corporate Surety Bail Bond

      \_\_\_\_\_ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

  X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 18, 2025 at 3:08 p.m.

By: *(signature)*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE