HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
AHMED WALEY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-cr-00275-JAM-2 |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO MODIFY SPECIAL CONDITIONS OF |
| AHMED WALEY KHAN, | ) RELEASE |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Khan, that Condition #3 of Mr. Khan's conditions of release be amended.

The Special Conditions of Release filed on September 18, 2025 (ECF 1) specified "You are released to the third-party custody of Sohila Khan and must reside with her."  Mr. Khan now requests that Conditions #3 be amended to read as follows:

3. **You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.**

All other conditions will remain in place. The government and U.S. Pretrial Services have no objections to this amendment.


Dated: April 23, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
AHMED WALEY KHAN

Dated: April 23, 2026

ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney

-2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED:  April 24, 2026

HON. JEREMY D. PETERSON
United States Magistrate Judge