HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
AHMED WALEY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00275-JAM-2 |
| Plaintiff, | |
| vs. | **FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| AHMED WALEY KHAN, | Date: August 25, 2026<br>Time: 9:00 am<br>Judge: Hon. John A. Mendez |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jusin Lee, counsel for plaintiff, and Assistant Federal Defender Douglas Beevers, counsel for defendant Ahmed Waley Khan, that the sentencing hearing currently scheduled for August 25, 2026, at 9:00 a.m. be continued to **November 3, 2026 at 9:30 a.m.**

Defense requests the additional time to investigate mitigating evidence that is expected to be relevant for sentencing, and defendant is currently out of custody under supervision.

It is therefore requested that the matter be continued to November 3, 2026 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | **September 22, 2026** |
| Informal Objections to Presentence Report Due: | **October 06, 2026** |
| Presentence Report Due: | **October 13, 2026** |

| | |
|---|---|
| Formal Objections to Presentence Report Due: | **October 20, 2026** |
| Reply or Statement of Non-Opposition Due: | **October 27, 2026** |
| Judgment and Sentencing: | **November 03, 2026** |

Dated: July 17, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
AHMED WALEY KHAN

Dated: July 17, 2026

ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney

**ORDER**

Based on the first stipulation of the parties, the August 25, 2026 judgment and sentencing is **CONTINUED** to **November 03, 2026, at 9:00 a.m.,** before Senior District Judge John A. Mendez. The schedule set forth in the parties' stipulation is **APPROVED**.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, five (5) calendar days in advance of the date set for judgment and sentencing.

**IT IS SO ORDERED**.

Dated: July 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE