HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
AHMED WALEY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AHMED WALEY KHAN,<br>Defendant. | Case No. 2:25-cr-00275-JAM-2<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jusin Lee, counsel for plaintiff, and Assistant Federal Defender Douglas Beevers, counsel for defendant Ahmed Waley Khan, that the sentencing hearing currently scheduled for August 25, 2026, at 9:00 a.m. be continued to **February 23, 2027, at 9:00 a.m.**

Defense requests the additional time to investigate mitigating evidence that we expect to be relevant for sentencing, and defendant is currently out of custody under supervision. The government and US Probation do not object to the continuance.

It is therefore requested that the matter be continued to February 23, 2027 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | January 12, 2027 |
| Informal Objections to Presentence Report Due: | January 26, 2027 |
| Presentence Report Due: | February 02, 2027 |

| | |
|---|---|
| Formal Objections to Presentence Report Due: | February 09, 2027 |
| Reply or Statement of Non-Opposition Due: | February 16, 2027 |
| Judgment and Sentencing: | February 23, 2027 |

Dated: September 16, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
AHMED WALEY KHAN

Dated: September 16, 2026

ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: September 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE